**Exhibit A to the Complaint**

**Location:** Los Angeles, CA  
**Total Works Infringed:** 91

**IP Address:** 75.83.60.29  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6E2CCB0D6151A9313FD989EBD1E9C664C75DB9E8 File Hash: 4A0841050290F8B54E474A8CB711FB28E16D276A25EA6244FC2660BF0E925D9F | 06/15/2020 03:49:07 | Tushy | 06/14/2020 | 06/25/2020 | PA0002255507 |
| 2 | Info Hash: 7BCAF3207D7ADED3194F9AD8EA8BA3A9B147F568 File Hash: 8E557F72C44AAC0DFA29657A6636DE991F5E4DF30137A26C7DD96D6B64F21E2D | 12/28/2020 20:43:01 | Blacked Raw | 12/28/2020 | 01/05/2021 | PA0002269956 |
| 3 | Info Hash: 10AD926BA54EE0DA3D00E96EBE377053FAB0E6AE File Hash: 46F41B092A095715186272E856EAF705E3805D7F0FCCFD42E93DBCA01822E2DB | 12/21/2020 06:31:54 | Tushy | 12/20/2020 | 01/05/2021 | PA0002269960 |
| 4 | Info Hash: 1194E183FFDF71459B475A921BBF2F0A91EDB324 File Hash: 60CB587DFFECA8818C81522C75AD5A7F64C3BAB32AFF7A0F3DFE604355A7BD11 | 12/06/2020 21:11:48 | Tushy | 12/06/2020 | 12/28/2020 | PA0002269080 |
| 5 | Info Hash: 3B985773ED49893BA05D13531465979218990E09 File Hash: 0EC53CAADB9EC8F6AEC5491FE49FD97ABE6E62EFDFCB62B380910B853BC32269 | 11/29/2020 21:39:21 | Tushy | 11/29/2020 | 01/04/2021 | PA0002277033 |
| 6 | Info Hash: 95CCAA344DDCA8677C80F9A8CC4A7886EBFFFF21 File Hash: E113AF2408A41FBA349FB0BACDB190622DBDD49DC6C4A83810F50DD005B5941D | 11/15/2020 21:47:16 | Tushy | 11/15/2020 | 12/09/2020 | PA0002274948 |
| 7 | Info Hash: A14BE7C478AEA30A9CDD1E1189344B7690C0C5F6 File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 09/28/2020 20:22:02 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 8 | Info Hash: 2B53DB906A90120E6BCA1F1C48F7CFFFA70F48D4 File Hash: E11D745CCC75F90A86A35DBD726E9CF24F0A19F75C1F4840BD75F3FA2C735D40 | 09/24/2020 19:38:40 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: BAD5DF1D7C31988A19ED6D87909F621D68F99651<br>File Hash: 2AAB2EBE94960B902CBA8524DFD5AB098DC42382C9CBC25DFB4133CA1F16FDCD | 09/07/2020 07:39:12 | Tushy | 09/06/2020 | 09/22/2020 | PA0002265873 |
| 10 | Info Hash: FFF5CDD8C2A8CD2E699A7EAC032587E49657942A<br>File Hash: E04143F294740C42E3373743AE5089F24ADCADD0CD0245BE90525B492268BC57 | 08/23/2020 18:43:04 | Tushy | 08/23/2020 | 09/05/2020 | PA0002255481 |
| 11 | Info Hash: C8B32768F0581FB37123BD7AABBFAB15715FE0F5<br>File Hash: 22B950C18BC8529EB778B3637ED51C287EADD414696D98C21592987DC5DD7848 | 08/02/2020 20:11:08 | Tushy | 08/02/2020 | 08/31/2020 | PA0002265633 |
| 12 | Info Hash: AAF0D0950C6DA2C3626B6CB1AF1B30FBDA788521<br>File Hash: C99FCE70EC40E33C6394F27F57FE3EB54CDCAE30F05B59803A2295CA06D84168 | 07/29/2020 15:04:02 | Tushy | 07/26/2020 | 08/31/2020 | PA0002265634 |
| 13 | Info Hash: 224831A748AD8CD03F87A71D40FE178BA58F2B72<br>File Hash: A0DED680F493DCBD342DBF7EE602D8544ED8B66F9B1E05F534A40FA198F85534 | 07/20/2020 16:49:38 | Tushy | 07/12/2020 | 07/20/2020 | PA0002248965 |
| 14 | Info Hash: 95000608874FECCD1372DCDECE62EA102DC6C9A9<br>File Hash: E95368585EF0EA13DAAAB3A9B3F53544F978FCF6F52BC2B5C4B3BB72FB67FF5E | 07/13/2020 23:34:04 | Blacked Raw | 07/13/2020 | 07/20/2020 | PA0002248963 |
| 15 | Info Hash: 1D0E91F9F90E9981F9A8B3D5C36587FDFCD5784B<br>File Hash: 7EA5BA6EF251127E595FBBF01ACCF4BDF1E654A566A6E8461A91B812A7B168B8 | 07/03/2020 05:47:36 | Tushy | 06/28/2020 | 07/17/2020 | PA0002248597 |
| 16 | Info Hash: 769FBA791C1BA391AC1CFD33C2E786E269737CC5<br>File Hash: 3C12119AEE153C49602F8A589103AEBF6A7073822963C0E4C5790C775724EECC | 06/22/2020 07:00:57 | Tushy | 06/21/2020 | 08/03/2020 | PA0002259102 |
| 17 | Info Hash: 271417C67AF2A68573034295F75E7F1CF9393C5D<br>File Hash: 39969D47D65DC6B0386E605E1BE7EDA6CE3585AA481139C3C7AD6BDD8ECA3CF3 | 06/08/2020 03:00:38 | Tushy | 06/07/2020 | 06/25/2020 | PA0002255506 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 16DD6F6353EEA93BFFC6182356C266BDC624FCAE<br>File Hash: 74DA5C6F27BCE3A11FF976813407C0DAF5FBACD8F7414E2C350F8B1335298817 | 06/01/2020 02:21:15 | Tushy | 05/31/2020 | 06/16/2020 | PA0002253261 |
| 19 | Info Hash: 0AFE0446EAFA94964BF62DB4D0A75897F222DEE7<br>File Hash: E84AC055570C4868A2DB339BD0FF8CBDEFA88DCE00C0D6524485EAB36A7A7048 | 05/17/2020 22:28:48 | Tushy | 05/17/2020 | 06/16/2020 | PA0002253264 |
| 20 | Info Hash: CFD37D689E3E5AF48D7F8A8CDF4E32DE99119EF0<br>File Hash: 256887C986C0AC23B7FC0A550F8F8E0032E7974E4DC744EFE54C11FCD018BF82 | 05/16/2020 19:06:21 | Blacked | 05/16/2020 | 06/22/2020 | PA0002245639 |
| 21 | Info Hash: 9D41345790EF2834B4C7BAF61484F3D3AB36EC0A<br>File Hash: 9C31CE332836E6F4043294C9D0F9C5AE8F80ABFDF8F9E7AE423D886DC7A34595 | 05/04/2020 21:21:08 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |
| 22 | Info Hash: 54CA69329C1208FDD46B2FD64744EA1A9DC94C51<br>File Hash: BA4867795072FD797DD280C6691BC1237A67E1FF8326459C1EA7407C1566AA76 | 04/28/2020 05:03:08 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |
| 23 | Info Hash: 23C598A72BF78E60E2C2BCAC5DD83F13981F067C<br>File Hash: 0CFEAF4D7C402E3BD65A41CB2AC8F48B6F9D5EF205BABA722F8CEB800B0DC312 | 04/20/2020 00:57:07 | Tushy | 04/19/2020 | 05/05/2020 | PA0002249081 |
| 24 | Info Hash: 9B7051A7D8E387536946C1C0A568F0B044462CE1<br>File Hash: 929C5D23D8A40873034DEF5A596FDD63213ADBFCC955FF5EB76CA9A088AD4C07 | 04/12/2020 20:41:09 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 25 | Info Hash: 343F820F5B838AB308F9AD8CE09C2D0380FF0083<br>File Hash: C8C6F22464849C0C0886B6FA6C624CECB7FEC5801EF97EBC00EB918B7D1D2B43 | 04/12/2020 03:13:09 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |
| 26 | Info Hash: CF74C07E4CE744B8C031D261A5F8D6B395670EFC<br>File Hash: 5A357FA0B984B36E4C42421BC700347B87D1115152C4C17ECB13FE6FC9E0ECA8 | 04/06/2020 03:20:50 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 80195A84AADE2ECE0977124E16D1C9E293119C41<br>File Hash: 8AF821ADA0157939E048D106813087E9A744F93618C2621BF2A341134C054E7E | 03/29/2020 20:07:34 | Tushy | 03/29/2020 | 04/15/2020 | PA0002244963 |
| 28 | Info Hash: A0C1A35B6DC59916CC17CDFCF5D674F87CDCE6CF<br>File Hash: 03CF1AC98A63B58B0954D55B439C51CC63D1FAB862949B04F786E3DEC4C321D6 | 03/18/2020 00:45:56 | Blacked Raw | 03/12/2020 | 04/17/2020 | PA0002246106 |
| 29 | Info Hash: 32CA63FFF0DC9B9C74352D26DF5D2E887867A475<br>File Hash: 99A6472BCBB1F99A6EB2D24A1B293D51DB4287B758C8AC489DCDC787AC902F90 | 03/17/2020 06:20:02 | Tushy | 03/16/2020 | 04/15/2020 | PA0002244959 |
| 30 | Info Hash: BA86748A53FDF6AB4FCC7C57268D29741EEE870B<br>File Hash: 05C221402F3AA99C97C4BF36E145D6E15F494823D93194451D316952E131AA97 | 03/12/2020 05:09:31 | Tushy | 03/11/2020 | 04/15/2020 | PA0002244960 |
| 31 | Info Hash: 03A8C351BCB3009EAEA4AE1CD28D33A718168520<br>File Hash: 84E9B15A5EBB40EB40666CF167EF8B5D275E8B4E7BA504D42F727E296750839C | 03/07/2020 04:11:33 | Tushy | 03/06/2020 | 04/15/2020 | PA0002244958 |
| 32 | Info Hash: 10197B514E2153321EC2ADA7CD8BDEF9CF6B06D5<br>File Hash: 963012FFAB792ABC9ED23FEE944EB8F15CCAD02FA34A971420878705940B4D90 | 03/01/2020 19:57:19 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |
| 33 | Info Hash: 70D58307B1F484E26E28FCF00A0660170D5B4750<br>File Hash: B8D03ACBB8F6F8B58C09B9ACD86D44D0C3831991B284518CC6714B8BB1FF3D61 | 02/26/2020 21:04:41 | Tushy | 02/25/2020 | 04/15/2020 | PA0002245083 |
| 34 | Info Hash: AD5A2C097FA4F96DC335186792DB9671414E00F6<br>File Hash: D8A29BDFAAA4AA9A9B54FE96761793BC0C8E85458C49BB044CBC17A6D7A832E0 | 02/22/2020 19:46:56 | Vixen | 02/18/2020 | 03/18/2020 | PA0002241449 |
| 35 | Info Hash: FA62E13410BC1EC6061022331D742C3E0E47590C<br>File Hash: AB339829B42722F8A6C4A3ED8E1B45007C88A273899329302966367595FB5C08 | 02/22/2020 07:04:59 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: F8FE175FBBE5CEA0FCE382F4F1004EB7AFFE636B<br>File Hash: F930A40BE1A36E4969F50EEB2DA5450A752607BEA627C117771477BD42D88EC8 | 02/11/2020 21:01:36 | Tushy | 02/10/2020 | 03/15/2020 | PA0002240548 |
| 37 | Info Hash: AE992DDE605781C6AA5E350A96020173DD075E2C<br>File Hash: FBDABD91E0C426229C4DF44B57E2B7B410E72AF864E6C5D297E8963F80A28F58 | 02/06/2020 03:50:58 | Tushy | 02/05/2020 | 03/15/2020 | PA0002240545 |
| 38 | Info Hash: B1B474E399C420423DBB120354261BB0B7618BB7<br>File Hash: F88068DFD8387846173C3FB9E7CC65ED95F4DCC03CAEB7F97FB5D9A9A0F6A15A | 01/31/2020 22:54:53 | Tushy | 01/31/2020 | 03/15/2020 | PA0002240443 |
| 39 | Info Hash: F5E3FB375530A6C1B0CE2DBE4FC2D6A007BE6260<br>File Hash: CAAAE092367BEF637A8D91E4C469594AED615950E29018B784AD7C441E5FF8F1 | 01/26/2020 20:41:14 | Tushy | 01/26/2020 | 02/20/2020 | PA0002237626 |
| 40 | Info Hash: D7E81B6C0396F026E37D88C977206F3B880B190E<br>File Hash: A9519EF2FA8BF4810B69F295EE88DA7A626E31F2CC8A097E6E2387372926AEEB | 01/21/2020 22:17:26 | Tushy | 01/21/2020 | 02/20/2020 | PA0002237627 |
| 41 | Info Hash: 8E30519769F278C358FA626E65329DA7C42438FB<br>File Hash: 26B6011FFE6BD5D78A97938857B528D2953E66F46E0E86ACC6EFA79284AD0145 | 01/17/2020 06:13:37 | Tushy | 01/16/2020 | 02/20/2020 | PA0002237625 |
| 42 | Info Hash: F2724448C430F1856A24D3FB88ADAF8C9D0C37F3<br>File Hash: 12FB8ADDD4F69420AF941347A64BD8E9D13EF785505DA1265A86D52439CD8569 | 01/11/2020 18:45:00 | Tushy | 01/11/2020 | 02/03/2020 | PA0002236483 |
| 43 | Info Hash: 427564223D1B9DE7A5B163CEF0FBAF0F8F505BF8<br>File Hash: F13CAAAA2FC66215EA2E2C934B3FAF6898EF986B7AA20594144A5C3E43D8525F | 01/07/2020 05:32:10 | Tushy | 01/06/2020 | 02/03/2020 | PA0002236202 |
| 44 | Info Hash: 2E30B834A197ECB6DF9A14D0A8D3DA36499C5A16<br>File Hash: BF12D2773F7227CDCB15D6E6EC585DFECDFEFAAFECDC24F6DC1E66CA33B80BB8 | 01/01/2020 19:59:32 | Tushy | 01/01/2020 | 01/27/2020 | PA0002223953 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 70E1F4BD1317961D264D8DA5A79E2B2377B1E889<br>File Hash: 58203CF67C5512880EEC59B22D6B0D0ABC63A12F6E6D5F22D207DC1562081AC0 | 01/01/2020 01:33:23 | Tushy | 12/27/2019 | 01/22/2020 | PA0002234861 |
| 46 | Info Hash: AC6471AC84DF0CEC5AFFD6460196636BE9717671<br>File Hash: E9227E09DCAC48A10D2C333D5AFF0FE82E70CE2BAA680547C3B528FFC5BC7375 | 12/22/2019 21:39:02 | Tushy | 12/22/2019 | 01/22/2020 | PA0002234863 |
| 47 | Info Hash: 3C14287BE2D3E5D157ECD1E229531CC19C5C8E74<br>File Hash: 03C7B1F0EADE1D38CDDE1D3E47C9361D471518DAC16B84568C6440BB03933B68 | 12/21/2019 22:21:43 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 48 | Info Hash: 509E23690AC6732CEF5476C88AEF9961E670E68B<br>File Hash: C1AEF420CA9A04AF1F4093FD59945CAEC6E878C06D001B1D20BA3BD8D7C92CC9 | 12/12/2019 19:03:52 | Tushy | 12/12/2019 | 01/03/2020 | PA0002219634 |
| 49 | Info Hash: 154B4A69FFE2BB86ED95D4CCCF1E2B95252B7179<br>File Hash: 25C81ED2117705BBCD032B714CA70D15C270191599F2F8BE1BA384D392FC7CCF | 12/12/2019 18:25:48 | Tushy | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 50 | Info Hash: F83080939B7B3488E13614AE8581A363B64D93D6<br>File Hash: 33354BE74793EF8BC0AF14EA6FD759BBA391760A228AC9F8BAFD8C007BCB8822 | 12/08/2019 06:43:25 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 51 | Info Hash: CF8BD04348BC322F4006C4B2BE9693BF3AAD5FB5<br>File Hash: CFA72EA152DD827C145166E600349017CCEFD9C1FCDA3374115C2BCAD05C0681 | 11/23/2019 17:26:31 | Tushy | 11/22/2019 | 12/03/2019 | PA0002232052 |
| 52 | Info Hash: C76714C07B50EE0FE118272431117F2DDDC30E15<br>File Hash: 211F5C323C06C8C41A64998676FDCC2C3172142328F132032DFA9CC295E47786 | 11/18/2019 03:05:24 | Blacked | 09/02/2018 | 11/01/2018 | PA0002143413 |
| 53 | Info Hash: A2ECF9E084F4D16FF5AE34F318AB7A201D47F292<br>File Hash: A5E2294B2F077AAC8BFF4684AB14BADA6CC1CADBD25EB7498E33C3C4CD2E39DF | 11/08/2019 05:03:28 | Tushy | 11/07/2019 | 12/03/2019 | PA0002232040 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: E809F5CB95340E9F927B925DCBD334D561729213<br>File Hash: 9E523ADD892BECAC5B2A5C5CC1E3FA54A9FCE55B6E2B47C35A8C0A914E35396C | 10/29/2019 03:24:09 | Tushy | 10/28/2019 | 11/05/2019 | PA0002227106 |
| 55 | Info Hash: 99F65D2F85437CCC18F283ED9B0019C496F86A3A<br>File Hash: 1F6E832562C625E9D1B7FCA3ADCD184EF958B9197E517F69D09FCBF8ACE88CEE | 10/27/2019 18:09:15 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 56 | Info Hash: 41A89046FDB29BE0673851A3295E42603D75DE31<br>File Hash: F00CB16B8367BF7FD7F2A21EE435B235CF6B011F72EDC56C15DBF26FBB959ABB | 10/24/2019 03:56:39 | Tushy | 10/23/2019 | 11/05/2019 | PA0002227103 |
| 57 | Info Hash: EE2DC0971A509C4F77D5184953CC98BE78EA499D<br>File Hash: 158284600E9EB500ED3B2CD4663654066F6CFD2A3EA74B14B5320A657628D6BC | 10/04/2019 03:21:17 | Tushy | 10/03/2019 | 10/21/2019 | PA0002207743 |
| 58 | Info Hash: A0156C44332D56CCC9070ADAE1AB6CD0DCF8BBD7<br>File Hash: BA600C3B7469CB111A2312D8F50B18D940D2EB85B880992EC3250B1C35DAA0FC | 09/28/2019 21:56:37 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |
| 59 | Info Hash: AAD0FF0960BD9024DB68B5DBF4FC56FCDECD6C2C<br>File Hash: FC53C039131B9EACB19F232BAC3627FF51FFA42F09C6ABC2930F4CFC5FAE0414 | 09/24/2019 03:03:57 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 60 | Info Hash: 670EA0A73E7799B7ECB1013A390E5A0047629237<br>File Hash: AD6AF3C5814770F5D439F8059C82ABA03486F16DC7E12DDEFEED91A1D3C88AAA | 09/19/2019 04:57:29 | Tushy | 09/18/2019 | 10/01/2019 | PA0002217340 |
| 61 | Info Hash: B9D644E026CBB15CB2E9451D9D0ECDBF909E390C<br>File Hash: 103EE3DD605525C844C1EC3FFAC830D1A9A88DA600BA68BA617E40025925989A | 09/14/2019 14:07:24 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 62 | Info Hash: EDD246102F655AB581B411D002F4360596284AA9<br>File Hash: 7802590E3AFF1223F6964440EB6F58B5D3F9E42461332FBB7A0DD0A47A7FE400 | 09/14/2019 11:30:10 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: A3B229014835BD08076E817076311F30AA472A99<br>File Hash: 117095AD0B638924D77690E315D506ACF73AB62D0480D33C7DE09E8DC75FFF5A | 09/14/2019 08:16:40 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 64 | Info Hash: 5EF885846A3C452B3B9B5DF1B305CF03A9C4D304<br>File Hash: C9D8B4958153AACDA567466D40D29E174FA01F1EB46FCB737568F5CDFB2BCE33 | 09/08/2019 22:33:45 | Tushy | 09/08/2019 | 10/01/2019 | PA0002217338 |
| 65 | Info Hash: 18760439AC86C609E75A7BD75F41581CB93CD297<br>File Hash: 56C862948C8F24D4553E1E82891F4A966C387BE8B7BCEE33D8F8062EAFCFA614 | 09/03/2019 22:10:24 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 66 | Info Hash: 53CF882D31EA28C0ABD77464B5B5803198C4ABA3<br>File Hash: 73D2AAB89B7D009E06FE733847F0BBB1DE7A26C655D9E07FD9515D82FD4E8F9F | 09/02/2019 05:46:09 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 67 | Info Hash: BE3C9843990A5298C8561E59574A1AA99BB8E539<br>File Hash: 2A9D7D3B527596477972EE809D3FE973E1408E979FA36B7C475A2DB920F9C869 | 08/30/2019 04:00:23 | Tushy | 08/29/2019 | 09/17/2019 | PA0002216128 |
| 68 | Info Hash: 48733BC4A39F64F0E1BDAB3902401DB2153DBF59<br>File Hash: 9F055996FDB9A1C09340DFAC596384AA1699A8C5BEEECB2E0DC1131C2642C4BB | 08/24/2019 22:38:24 | Tushy | 08/24/2019 | 09/17/2019 | PA0002216213 |
| 69 | Info Hash: 3A54C2D1498FBCEFB12D88C3A8679662FE0B440B<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 08/23/2019 20:20:53 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 70 | Info Hash: 35BDFC7EC456E6B61BECF6AD6FBF075E74E0DE25<br>File Hash: 569C59990355C31E5F08B95CF36EFD60830CB96A8E3D0957EB6A5B7FE69FEE2F | 08/20/2019 03:38:10 | Tushy | 08/19/2019 | 08/26/2019 | PA0002213301 |
| 71 | Info Hash: DF96C85A59AB07238A791CB54A9E8618884F3626<br>File Hash: E52B6FD3472EFBF0E867C1061BA783246EBF17CC7D7A475B96EF423FAC315115 | 08/20/2019 03:32:42 | Tushy | 08/14/2019 | 09/17/2019 | PA0002216214 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 6DBF8A07F44F028E8718DFBFEC4A1D11AF59BE56<br>File Hash: 2396F4921C137C647D8008BFBB03C39C1DDC41DAAC01D9BA48F363FF5AF71644 | 08/10/2019 00:10:53 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |
| 73 | Info Hash: F5ED18277E1F379D998D2FE94A8CBD62744F86A8<br>File Hash: C750A58BA2EA03DEEC72A407E322AD6558016CB1373F7FB93864F189F559105B | 08/04/2019 21:06:08 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 74 | Info Hash: DC468B357B918413C130B28A9B11AF86E2919158<br>File Hash: D9812DE8B99DBA8CDD8EF04CC5E2BFA310CA71BF155F2C5CC8D38E14C2017017 | 08/02/2019 22:09:37 | Blacked Raw | 07/16/2019 | 08/02/2019 | PA0002192306 |
| 75 | Info Hash: 4A4166BC047EFE506E55BFDD79A956DA04CB968F<br>File Hash: 6567F1174E11413E7AD8A4AB11CFC58FFC942502DCB95211EEA415F46F72AA3C | 07/31/2019 16:31:28 | Tushy | 07/25/2019 | 08/22/2019 | PA0002195515 |
| 76 | Info Hash: 25FEA3FD572BC00EA3825CFC8C05A8068B8B423D<br>File Hash: 7152010B0D39371207600207DB274FAAEDD6E5A5C6A7C6F6AE6CB38E4A5EBBE6 | 07/31/2019 12:42:05 | Tushy | 07/30/2019 | 08/22/2019 | PA0002195506 |
| 77 | Info Hash: EC8F6C8D5F1335AFA125CDA61B014F7BBF16EF6A<br>File Hash: 4F95CCC81B20CA5C9348A87E5ECE7C7DCC164E7928AA3B618FD18CA421BAFF27 | 07/28/2019 21:58:06 | Blacked | 12/16/2018 | 02/02/2019 | PA0002154976 |
| 78 | Info Hash: 8F3B910AE57207109EC67538F24D8D39B4DF524D<br>File Hash: 9F66A4E0A7591B21704D3FFF246FBA254A816C87D2801350AB7A05FA1398CBB9 | 07/05/2019 18:05:26 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |
| 79 | Info Hash: 4461E54F618F9AE93EE0D3ABE6219F4003A24556<br>File Hash: 3A9F2FB9507C68462A8B5861DE8A247687BF5EDD514E55C555AD6440DAE20678 | 07/03/2019 21:43:23 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 80 | Info Hash: EABFFC6DDCC2E581166D3E86C528A570CA9215AD<br>File Hash: 73B715F6AC7F506A697AB7F43FE9BF94A157FCB2D43B47BF7A397FD3CA85AD99 | 07/02/2019 16:15:32 | Blacked Raw | 07/01/2019 | 07/17/2019 | PA0002188302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: 294E439AF18D16F7D4F77A7EE7BE81A3141B5EBF<br>File Hash: 434B6ABFCD119FEE192797214D0CB8DA5AF2C5CE0CBFAD8D8363931753675C83 | 06/30/2019 20:54:08 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 82 | Info Hash: 8F90231D929165419C04B88A9D86829810A8F659<br>File Hash: 0553FAF7A22454F2A2B424C17D1D8BB0C4735DD94BD03E6A1A96DD1B0431CA71 | 06/26/2019 05:46:48 | Tushy | 06/25/2019 | 08/27/2019 | PA0002213234 |
| 83 | Info Hash: 55EAABAF80FC2E52A45B322BE7D00B3FD5E8C484<br>File Hash: 4B55037E2BC9E6D193942BD55D4325AA39913D54226D45C866A94018F172E76A | 06/20/2019 23:09:38 | Tushy | 06/20/2019 | 08/27/2019 | PA0002213262 |
| 84 | Info Hash: 766EED5D42D79927F4B41F431DC4E911275F0B3D<br>File Hash: 6E4AF44B55494F5E05B6D71BE946A7845B5165A7E8FF3CF96DC9659848E216E1 | 06/20/2019 05:02:00 | Blacked | 06/19/2019 | 08/27/2019 | PA0002213298 |
| 85 | Info Hash: 6FA4481085DDB729E7C58E8D3692B74AF63A4F3D<br>File Hash: E6A457ACB592AA6E129123E65E9D7D572C6F385F040995A029310D30D6DCB466 | 06/07/2019 03:27:34 | Blacked Raw | 06/06/2019 | 08/02/2019 | PA0002192288 |
| 86 | Info Hash: 12FF1B0FFE5A134A6044D139F0BDA0A1FCA563E6<br>File Hash: E765C142295B509BE1D38781224D2AD5C2F8D8FF756C68A4B6F38F880BC79F0A | 06/06/2019 07:39:26 | Tushy | 06/05/2019 | 07/17/2019 | PA0002188310 |
| 87 | Info Hash: 467F7D2C1ED091BBD36CB44621D8F8C63BD4089C<br>File Hash: 81DAE07FE75C61FAE5E2B0B06B7C0258DC5563A0462C7BD7476C0E66F231F053 | 06/01/2019 07:32:18 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 88 | Info Hash: 3BDBA1FCA8DD25F4E9E5BEE72BCD096EE0BF2D70<br>File Hash: BFC06E4E85A8C084781AFFB24ADE16C25B60277CD1D55301751EE7F69F53245E | 05/28/2019 06:13:56 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 89 | Info Hash: 71AEDADEDB9940F5C98645531743702E1FA97FD2<br>File Hash: 779059D7C821B2E3C5C0DD8017FB94DF4A50AC338BEACD2A41BEBDDA1A8B2514 | 05/21/2019 23:21:46 | Tushy | 05/21/2019 | 06/17/2019 | PA0002181294 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: E2837222C382AC890124A1BC8EA86FE2D30B55F3<br>File Hash: A3A1800A5EE0C01A8BA8D97C18D86ABE22F9F7365734ACE49030F545AFF443A6 | 05/16/2019 21:58:38 | Tushy | 05/16/2019 | 07/05/2019 | PA0002206381 |
| 91 | Info Hash: E185A2C10378439CE69B0F3AB675F509330A4E3B<br>File Hash: 84DDAB7CE514D58FF636060BBBB0EACA9075F2B9864C4715CE27A4C7B32C426E | 05/05/2019 20:46:58 | Blacked | 05/05/2019 | 07/05/2019 | PA0002206372 |