Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff
Strike 3 Holdings, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>JOHN DOE subscriber assigned IP address 75.83.60.29, <br><br>　　　　　Defendant. | Case Number: 2:21-cv-05337-TJH-SP <br><br> Honorable Terry J. Hatter, Jr <br><br> **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 75.83.60.29** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 75.83.60.29, are voluntarily dismissed with prejudice.

Dated: September 16, 2021　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By: /s/ *Lincoln D. Bandlow*
　　　　　　　　　　　　　　　　　Lincoln D. Bandlow, Esq.
　　　　　　　　　　　　　　　　　**Law Offices of Lincoln Bandlow, PC**
　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

1